# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LANCE LIGHTER, ) <br> ) <br> Defendant. ) | Case No. CR416-088 |

## O R D E R

Application for leave of absence has been requested by Robert N. Nye III, for the period of Wednesday, October 19, 2016 through and including Monday, October 31, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  22nd  day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA